

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

INGERSOLL-RAND COMPANY EMPLOYEE
SAVINGS PLAN,

    Plaintiff,

v.

RICHARD V. BARRIE, and DARLENE A.
HARRIS

    Defendants.

Case No. 3:12-CV-289

## CONSENT ORDER

The Parties having jointly petitioned this Court for entry of a consent order and having agreed and consented to the terms herein, it is on this 22nd day of August 2012:

ORDERED, that upon entry of this Consent Order, Plaintiff Ingersoll-Rand Employee Savings Plan shall instruct Fidelity Management Trust Company to undertake all actions necessary to effectuate the disbursement of the vested account balance of Richard A. Barrie to Defendant Darlene A. Harris and Defendant Richard V. Barrie in equal shares;

IT IS FURTHER ORDERED, that within 15 business days of the disbursement of the funds by the ESP into the segregated accounts of Darlene A Harris and Richard V. Barrie, Plaintiff shall request entry of an order dismissing the Lawsuit against Defendants with prejudice; and

IT IS FURTHER ORDERED, that upon entry of this ORDER Plaintiff shall serve a copy on all Parties, and Fidelity Management Trust Company, within one (1) business day.

*[signature]*
UNITED STATES DISTRICT JUDGE

Consented to by:

| | |
|---|---|
| *[signature]*<br>Linda McMillan, Esq.<br>Buxman, Kwitek & Ohlsen, P.C.<br>601 N. Main Street, Suite 200<br>Pueblo, CO 81003<br>Phone 719-544-5081<br>Fax 719-546-3457<br>lmcmillan@pueblolawyers.com<br><br>*Counsel for Darlene A. Harris*<br><br>*[signature]*<br>Darlene A. Harris | *[signature]*<br>Roger Petzke, Esq.<br>Troff, Petzke & Ammeson,<br>811 Ship Street, Suite 202<br>St. Joseph, MI 49085<br>Phone 269-983-0161<br>Fax 269-983-0166<br>rpetzke@tpalaw.com<br><br>*Counsel for Richard V. Barrie*<br><br>*[signature]*<br>Richard V. Barrie |
| *[signature]*<br>Tasha E. Agruso,<br>State Bar No. 34738<br>Sharpless & Stavola, P.C.<br>P.O. Box 22106<br>Greensboro, NC 27420<br>Phone 336-333-6375<br>Fax 336-333-6399<br>tea@sharpless-stavola.com<br><br><br>*Counsel for the Ingersoll-Rand Company Employee Savings Plan* | |