

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| INGERSOLL-RAND COMPANY EMPLOYEE SAVINGS PLAN, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD V. BARRIE, and DARLENE A. HARRIS <br><br> Defendants. | Case No. 3:12-CV-289 |

## CONSENT ORDER

The Parties having jointly petitioned this Court for entry of a consent order and having agreed and consented to the terms herein, it is on this 22d day of August 2012:

ORDERED, that upon entry of this Consent Order, Plaintiff Ingersoll-Rand Employee Savings Plan shall instruct Fidelity Management Trust Company to undertake all actions necessary to effectuate the disbursement of the vested account balance of Richard A. Barrie to Defendant Darlene A. Harris and Defendant Richard V. Barrie in equal shares;

IT IS FURTHER ORDERED, that within 15 business days of the disbursement of the funds by the ESP into the segregated accounts of Darlene A Harris and Richard V. Barrie, Plaintiff shall request entry of an order dismissing the Lawsuit against Defendants with prejudice; and

IT IS FURTHER ORDERED, that upon entry of this ORDER Plaintiff shall serve a copy on all Parties, and Fidelity Management Trust Company, within one (1) business day.

_____
UNITED STATES DISTRICT JUDGE

Consented to by:

_____
Linda McMillan, Esq.
Buxman, Kwitek & Ohlsen, P.C.
601 N. Main Street, Suite 200
Pueblo, CO 81003
Phone 719-544-5081
Fax 719-546-3457
lmcmillan@pueblolawyers.com

*Counsel for Darlene A. Harris*

_____
Darlene A. Harris

_____
Roger Petzke, Esq.
Troff, Petzke & Ammeson,
811 Ship Street, Suite 202
St. Joseph, MI 49085
Phone 269-983-0161
Fax 269-983-0166
rpetzke@tpalaw.com

*Counsel for Richard V. Barrie*

_____
Richard V. Barrie

_____
Tasha E. Agruse,
State Bar No. 34738
Sharpless & Stavola, P.C.
P.O. Box 22106
Greensboro, NC 27420
Phone 336-333-6375
Fax 336-333-6399
tea@sharpless-stavola.com

*Counsel for the Ingersoll-Rand Company Employee Savings Plan*